IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSE CRUZ HERNANDEZ, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>DENNIS SULLIVAN, Director of )<br>Corrections Center of Northwest Ohio, et al., )<br>)<br>    Respondents. ) | CASE NO. 3:26 CV 246<br><br>JUDGE DONALD C. NUGENT<br><br>ORDER |

This case is before the Court on Jose Cruz Hernandez' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241, and Motion for Immediate Release or Prompt Bond Hearing. (ECF# 1). The petition alleges that Mr. Hernandez was wrongfully denied the opportunity for a "custody redetermination" or bond hearing pending disposition of his removal proceedings. Mr. Hernandez was detained between at least December 18, 2025 and the date of his removal order on February 3, 2026. His intake forms shows that he was processed "as custody redetermination and detained without bond." The record does not indicate whether Mr. Hernandez has been deported or whether he remains in custody in the United States pending removal.

By the time briefing in this case was complete, Mr. Hernandez had received an order of

removal. Once the order of removal was issued, Mr. Hernandez's status changed. Pursuant to 8. U.S.C. §1231(a)(1)(A), the government has 90 days after a final order of removal to remove a non-citizen from the country. During this period, the non-citizen shall remain detained. 8 U.S.C. §1231(a)(2)(A). Because he is no longer being held under a bond eligible provisions, his petition for habeas corpus relief is moot. See, Kumar v. Dep't of Homeland Security, 2020 U.S. App. LEXIS 17334 (6th Cir. 2020). If removal or voluntary departure does not occur within the prescribed time, the non-citizen becomes eligible for release under supervision, with conditions as set forth in §1231(a)(3). His detention under §1231 has not yet reached the 90 day mark, therefore, any challenge to his continued detention is not ripe for review. *Id.*

For the reasons set forth above, Mr. Hernandez' Petition for a Writ of *Habeas Corpus* (ECF #1) is DENIED.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: March 13, 2026